JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION,<br><br>　　　　　　Respondent. | Case No. CV 19-924-CBM (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition as Duplicative, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: March 1, 2019

HON. CONSUELO B. MARSHALL
United States District Judge